**CR 15  00276**     

U.S. Department of Justice

Rule 20 -- Transfer Notice

| To: | Michael Moore<br>U.S. Attorney<br>U.S. Attorney's Office for the Middle District of Georgia | District<br>Middle District of Georgia | Date<br>5/4/2015 |
|---|---|---|---|
| Name of Subject: | Anthony Don Tran | Statute Violated<br>18 U.S.C. Section 201(b)(2) | File Data (Initials and Number)<br>4:15-cr-11-CDL |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea    Date of Sentence    Sentence

| From (Signature and Title)<br>Assistant U.S. Attorney, Chief San Jose Branch | Address | U.S. Attorney's Office- Northern District California<br>150 Almaden Blvd.<br>Suite 900<br>San Jose, CA 95113 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock

(Kindly notify me of any anticipated delay)
☐ Enclosed are two certified copies of indictment or information
                                              Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

| Signature (Name and Title)<br>Michael J. Moore, U.S. Attorney, MDGA | District<br>Middle District Georgia | Date<br>May 13, 2015 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
Replaces OBD-101, Fed. 83 edition may be used

FORM USA-231
NOV. 85