USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **MIDDLE** DISTRICT OF **GEORGIA**

UNITED STATES OF AMERICA

V.

ANTHONY DON TRAN

CRIMINAL NUMBER: 4:15-CR-11-CDL

CR 15 00276 BLF

FILED MAY 20 2015 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE, CALIFORNIA

HRL

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Anthony Don Tran, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the **Northern** District of **California** in which I, Anthony Don Tran, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: May 8, 20 15 at San Jose, California

_____
(Defendant)

_____
(Witness) #10795

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

Jeff Nedrow, for Melinda Haag
United States Attorney for the
Northern District of
California

Michael Solis, for Michael J. Moore
United States Attorney for the
Middle District of
Georgia