UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. CR 15-0276 BLF** |
| ) | |
| Plaintiff, ) | [PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| ANTHONY DON TRAN, ) | |
| ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on June 9, 2015, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    a. A forfeiture money judgment in the amount of $11,437 and

    b. 2009 Honda Accord, VIN 1HGCS12389A005430

pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

1    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize
2 the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least
3 thirty days, notice of this Order, notice of the government's intent to dispose of the property in such
4 manner as the Attorney General may direct and provide notice that any person, other than the defendant,
5 having or claiming a legal interest in the property, must file a petition with the Court and serve a copy
6 on government counsel with (30) days of the final publication of notice or of receipt of actual notice,
7 whichever is earlier.

8    IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify,
9 locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal
10 Rules of Criminal Procedure; and

11    IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary
12 Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure
13 32.2(e).

14    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of
15 Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of
16 sentencing and was made part of the sentence and included in the judgment.

    IT IS SO ORDERED this _____ day of _____ 2015.

                                         _____
                                         HONORABLE BETH L. FREEMAN
                                         United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 15-0276 BLF                                    2