UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0276 BLF |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| ANTHONY DON TRAN, | |
| Defendant. | |

On August 18, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

- 2009 Honda Accord VIN # 1HGCS12389A005430

pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0276 BLF                                                   1

1   THEREFORE, it is so ordered that the above-described property shall be forfeited to the United
2  States, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and the procedures
3  outlined in Rule 32.2 of the Federal Rules and Criminal Procedure.  All right, title, and interest in said
4  property is vested in the United States of America.  The appropriate federal agency shall dispose of the
5  forfeited property according to law.

Dated: _____                    _____
                                          HON. BETH LABSON FREEMAN
                                          United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0276 BLF                                              2